1   David Martinez, Bar No. 193183
    DMartinez@robinskaplan.com
2   ROBINS KAPLAN LLP
    2049 Century Park East, Suite 3400
3   Los Angeles, CA  90067-3208
    Telephone:  (310) 552-0130
4   Facsimile:   (310) 229-5800                          JS-6

5   Attorneys for Defendant
    FOREVER 21, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  STAR FABRICS, INC., a California        Case No. CV 15-00063 DDP (ASx)
    Corporation,
12                                          **ORDER ON STIPULATION RE
                       Plaintiff,           DISMISSAL OF ACTION**
13
    v.
14
    FOREVER 21, INC., a Delaware
15  Corporation; and DOES 1 through 10,
16                     Defendants.

17

18

19          Having reviewed the stipulation of the parties to dismiss the action and

20  finding good cause thereon,

21          IT IS HEREBY ORDERED that this action is dismissed with prejudice, with

    each party to bear its own costs and attorneys' fees.
22

23

24  Dated:  March 18, 2015

25

26                                          Hon. Dean D. Pregerson
                                            United States District Judge
27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS